UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*



| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CR-002-RCJ-GWF |
| Plaintiff, | |
| vs. | |
| KINGSLEY OSEMWENGIE | |
| Defendant. | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#363) on May 31, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: NEVADA STATE BANK
    Amount of Restitution: $103,665.00

    Name of Payee: NEVADA STATE BANK
    Amount of Restitution: $142,600.00

    Name of Payee: BANK ONE
    Amount of Restitution: $6,800.00

**Total Amount of Restitution ordered:** $253,065.00**

**Joint and Several with co-defendants

Dated this  24th  day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE